

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STUART RUFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 06332 |
| v. ) | |
| ) | Judge Lefkow |
| VISTA INTERNATIONAL (ILLINOIS), INC., ) | |
| d/b/a THE DRAKE HOTEL, and HILTON ) | Magistrate Judge Keys |
| HOTELS CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S AGREED MOTION TO VOLUNTARILY DISMISS ACTION

This cause being heard upon the Motion of Plaintiff Stuart Ruffin to voluntarily dismiss his action against Defendant Vista International (Illinois), Inc. d/b/a The Drake Hotel, and Hilton Hotels Corporation pursuant to Fed. R. Civ. P. 41(a) and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT** Plaintiff Stuart Ruffin's action against Defendant Vista International (Illinois), Inc. d/b/a The Drake Hotel, and Hilton Hotels Corporation is voluntarily dismissed by him with prejudice, and without the assessment of attorney's fees or costs to any party, all matters in controversy being fully resolved by the parties.

DATED: July 14, 2009

Enter: _____
Joan Humphrey Lefkow
District Judge